IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, BRIAN OWENS, in his official capacity as Commissioner of the Georgia Department of Corrections, TIMOTHY WARD, individually and in his official capacity as Assistant Commissioner of the Georgia Department of Corrections, RANDY TILLMAN, individually and in his official capacity as Director of Facilities of the Georgia Department of Corrections, KATHY SEABOLT, individually and in her official capacity as Warden of Lee Arrendale State Prison, KATHREN KENNEDY, individually and in her official capacity as an employee of the Georgia Department of Corrections serving as warden of security, FREDERICK MITCHELL, individually and in his former official capacity as an employee of the Georgia Department of Corrections serving as a correctional officer at Arrendale State Prison,<br><br>    Defendants. | CIVIL ACTION NO. 5:12-CV-386 (MTT) |

## ORDER

Before the Court is the Plaintiff's Motion for Leave to Proceed Under a Pseudonym. (Doc. 2). The Court has reviewed the Plaintiff's Complaint, which alleges she was raped by a corrections officer while incarcerated at Arrendale State Prison.

Upon consideration of these facts, the Plaintiff's Motion is **GRANTED**. However, the Court notes that the Defendants have not yet responded to the Plaintiff's Complaint or Motion. Consequently, any interested party that is so inclined may at a later date move the Court to reconsider this Order.

**SO ORDERED**, this 5th day of October, 2012.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT